FREDERICK W. MARION, ADMINISTRATOR, *vs.* THE CONNECTICUT COMPANY.

Second Judicial District.
Argued April 30th—decided June 13th, 1912.

ACTION to recover damages for injuries resulting in the death of the plaintiff's intestate, Alpha E. Burdick, and alleged to have been caused by the negligent operation of one of the defendant's cars, which struck said Burdick after he had been ejected from another car of the defendant for non-payment of his fare while intoxicated, brought to the Superior Court in New London County and tried to the jury before *Reed, J.;* the trial judge directed the jury to return a verdict for the defendant, from the judgment upon which the plaintiff appealed. *No error.*

*Donald G. Perkins* and *Edmund W. Perkins*, for the appellant (plaintiff).

*Michael Kenealy* and *Charles B. Whittlesey,* for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in New London County.